Certificate Number: 05781-NJ-DE-035747418

Bankruptcy Case Number: 21-14262



05781-NJ-DE-035747418

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on June 10, 2021, at 11:42 o'clock AM PDT, Karen Benzenhafer completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 10, 2021

By: /s/Allison M Geving

Name: Allison M Geving

Title: President